UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:

9th & 10th STREET, L.L.C.,

       Debtor.
-------------------------------------------------------------------X

GREGG SINGER, SING FINA CORP.,
and 9th & 10th STREET, L.L.C.,

       Plaintiffs,

   v.

BILL DE BLASIO, individually and as the Mayor of the
City of New York; the CITY OF NEW YORK; AARON
SOSNICK; A.R.T. ADVISORS, LLC; LA VIDA FELIZ
FOUNDATION, INC.; MICHAEL ROSEN; EAST
VILLAGE COMMUNITY COALITION, INC.; PAUL
WOLF; DW EAST 10TH STREET, LLC; GEORGE
ARZT COMMUNICATIONS, INC., and HR&A
ADVISORS, INC.,

       Defendants.
-------------------------------------------------------------------X

Chapter 11

Case No. 23-10423 (DSJ)

Adv. Pro. No. 23-1125 (DSJ)

**NOTICE OF APPEARANCE AND DEMAND**
**FOR NOTICE AND SERVICE OF PAPERS**

1

**PLEASE TAKE NOTICE** that the undersigned hereby enters his appearance as counsel to Defendants Aaron Sosnick ("Mr. Sosnick"), Michael Rosen ("Mr. Rosen"), East Village Community Coalition, Inc. ("EVCC,""), A.R.T. Advisors, LLC ("ART"), and La Vida Feliz Foundation, Inc. ("La Vida," and together with Mr. Sosnick, Mr. Rosen, EVCC, and ART, "Defendants"), pursuant to, *inter alia,* Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and § 1109(b) of title 11 of the United States Code, §§ 101 *et seq.* (the "Bankruptcy Code"), requests that all notices given and all papers served or required to be served in each of the Chapter 11 Cases be given to and served upon:

Charles E. Dorkey III
**DENTONS US LLP**
1221 Avenue of the Americas
25th Floor
New York, New York 10020
Telephone: (212) 905-8330
Facsimile: (212) 768-6800
Email: charles.dorkey@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes, without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, email, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Demand for Notice and Service of Papers shall not be construed as an appointment of any person or entity as authorized agents of Defendants, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Bankruptcy Rules or Rule 4 of the Federal Rules of Civil

Procedure.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Notice and Service of Papers nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive Defendants' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Defendants are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated:  September 8, 2023
         New York, New York

         **DENTONS US LLP**

         By:  */s/ Charles E. Dorkey III*
         Charles E. Dorkey III
         Sarah M. Schrag
         **DENTONS US LLP**
         1221 Avenue of the Americas
         New York, NY 10020
         212-905-8330
         charles.dorkey@dentons.com
         sarah.schrag@dentons.com
         *Attorneys for Defendants Aaron Sosnick, Michael Rosen, East Village Community Coalition, Inc., A.R.T. Advisors, LLC, and La Vida Feliz Foundation, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2023, a true and correct copy of the foregoing *Notice of Appearance and Demand for Notice and Service of Papers* was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in these cases.

                                                      /s/ *Sarah M. Schrag*
                                                          Sarah M. Schrag