Hearing Date: November 2 2023, at 11:30 a.m.
Opposition Deadline: September 22, 2023
Reply Deadline: October 13, 2023

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:

9th & 10th STREET, L.L.C.,

    Debtor.
-----------------------------------------------------------------X

GREGG SINGER, SING FINA CORP.,
and 9th & 10th STREET, L.L.C.,

    Plaintiffs,

  -against-

BILL DE BLASIO, individually and as the Mayor
of the City of New York; the CITY OF NEW
YORK, AARON SOSNICK, A.R.T. ADVISORS, LLC,
LA VIDA FELIZ FOUNDATION, INC., MICHAEL
ROSEN, EAST VILLAGE COMMUNITY COALITION,
INC., PAUL WOLF, DW EAST 10TH STREET, LLC,
GEORGE ARZT COMMUNICATIONS, INC., and
HR&A ADVISORS, INC.,

    Defendants.
-----------------------------------------------------------------X

Chapter 11

Case No. 23-10423 (DSJ)

Adv. Pro. No. 23-1125 (DSJ)

# NOTICE OF HEARING ON DEFENDANT HR&A ADVISORS, INC.'S MOTION TO DISMISS;

WOOD, SMITH, HENNING & BERMAN, LLP
5 Waller Avenue, Suite 200
White Plains, NY 10601
(914) 353-3850

*Attorneys for Defendant*
*HR&A ADVISORS, INC.*

29606585.1:10916-0014

**PLEASE TAKE NOTICE** that Defendant HR&A Advisors, Inc. ("HR&A") by and through undersigned counsel, move this Court, pursuant to 18 U.S.C §§ 1951, 1961, 1962, 1964, and 1965, Rules 9(b), 12(b)(6), and 26(c) of the Federal Rules of Civil Procedure ("Civil Rules"), § 105(a) of title 11 of the United States Code, §§ 101 et seq. ("Bankruptcy Code"), Rules 2002, 7002, 7009, and 7012 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Rule 9006-1of the Local Bankruptcy Rules ("Local Rules") of the United States Bankruptcy Court for the Southern District of New York ("Court"), seeking entry of an order, substantially in the form of order attached hereto as Exhibit A ("Order"): (i) dismissing the complaint ("Complaint") filed in the above-captioned adversary proceeding (this "Adversary Proceeding") in its entirety; (ii) staying any discovery until this Motion is decided; and (iii) granting such other relief as the Court deems appropriate under the circumstances. A hearing ( "Hearing") on the Motion will be held before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York ( "Court"), at the Court, One Bowling Green, New York, NY 10004- 1408, Courtroom 701, on **November 2, 2023, at 11:30 a.m. (prevailing Eastern Time), or such other date and time as the Court may order**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion shall: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and all General Orders applicable to chapter 11 cases in the Court; (c) be filed electronically with the Court on the docket of In re 9th & 10th Street, L.L.C., Case 23-10423 (DSJ) ("Chapter 11 Case") by registered users of the Court's electronic filing system and in accordance with the General Order M-399 (which is available on the Court's website at http://www.nysb.uscourts.gov); and (d) be served on the undersigned counsel and all parties who have entered an appearance in

this Chapter 11 Case so as to be actually received by September 22, 2023 ("Opposition Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no opposition papers are timely filed and served with respect to the Motion, HR&A shall, on or after the Opposition Deadline, submit to the Court an order, which the Court may enter without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing.

Dated: White Plains, New York
       September 8, 2023

By: /s/John A. Darminio
John A. Darminio
*Attorneys for Defendant*
*HR&A ADVISORS, INC.*
5 Waller Avenue, Suite 200
White Plains, NY 10601
(914) 353-3861