HAYES SCHANZER LLP
*Special Litigation Counsel for*
*Debtor 9th & 10th Street L.L.C.*
800 Westchester Avenue
Rye Brook, New York 10753
Andrew Hayes, Esq.
Email: AHayes@hayesschanzer.com
Ayall Schanzer, Esq.
Email: Ayall@hayesschanzer.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
In re:

9TH & 10TH STREET, L.L.C.,

        Debtor.

Chapter 11
Case No. 23-10423 (DSJ)

---------------------------------------------X
GREGG SINGER, SING FINA CORP., and
9TH & 10TH STREET LLC,

        Plaintiffs,

Adv. Pro. No. 23-01125 (DSJ)

- against -

BILL DE BLASIO, individually and as the Mayor of the City of New York; the CITY OF NEW YORK; AARON SOSNICK; A.R.T. ADVISORS, LLC; LA VIDA FELIZ FOUNDATION, INC.; MICHAEL ROSEN; EAST VILLAGE COMMUNITY COALITION, INC.; PAUL WOLF; DW EAST 10TH STREET, LLC; GEORGE ARZT COMMUNICATIONS, INC., and HR&A ADVISORS, INC.,

        Defendants.
---------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Bankruptcy Rule 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that this action is voluntarily dismissed. No Defendant has served an answer or motion for summary judgment in this action.

Accordingly, this action is voluntary dismissed, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

September 14, 2023
Rye Brook, New York

                                        **HAYES SCHANZER LLP**

By: *Andrew W. Hayes*
Andrew W. Hayes, Esq.
Ayall Schanzer, Esq.
800 Westchester Avenue
Suite N-641
Rye Brook, NY 10753
(917) 770-0180

2